UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI RENEE BRIMLEY,                                Case No. 10-14140

       Plaintiff,                                    SENIOR U.S. DISTRICT JUDGE
                                                    ARTHUR J. TARNOW
v.
                                                    MAGISTRATE JUDGE
COMMISSIONER OF SOCIAL SECURITY,                    CHARLES E. BINDER

       Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [16]

On December 28, 2011, Magistrate Judge Binder issued a Report and Recommendation [16] that Plaintiff's Motion for Summary Judgment [10] be DENIED, that Defendant's Motion for Summary Judgment [15] be GRANTED, and that the findings of Defendant Commissioner be AFFIRMED.

No objection to the Report and Recommendation was filed. The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Summary Judgment is **DENIED**. Defendant's Motion for Summary Judgment is **GRANTED**. The findings of Defendant Commissioner of Social Security that Plaintiff is not totally disabled and may perform some light or sedentary work are **AFFIRMED.**

**SO ORDERED**.

                                                  s/Arthur J. Tarnow
                                                  ARTHUR J. TARNOW
Dated: January 31, 2012               SENIOR U.S. DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

I hereby certify on January 31, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on January 31, 2012: **None.**

                                                  s/Michael E. Lang
                                                  Deputy Clerk to
                                                  District Judge Arthur J. Tarnow
                                                  (313) 234-5182